**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CEDRIC GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  4:25-cv-00586-CDP |
| | ) |
| FIRST TO SERVE, INC., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This closed case is before the Court on self-represented Plaintiff Cedric Greene's Motion to Set Aside Judgment and Objections. On May 2, 2025, the Court dismissed this action for improper venue. The Court denied Plaintiff's Motion for Reconsideration on May 13, 2025. On July 7, 2025, the Eighth Circuit Court of Appeals affirmed the dismissal. The Eighth Circuit issued its mandate on August 7, 2025. This action is closed and Plaintiff is not entitled to any further relief.

**IT IS HEREBY ORDERED** that Plaintiff Cedric Greene's Motion to Set Aside Judgment and Objections is **DENIED**. [Doc. 16]

**IT IS FURTHER ORDERED** that the Clerk of Court shall return any future filings in this closed case to Plaintiff without filing.

Dated this 12th day of August, 2025.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE